AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**MONTROSE P. FORD,**

      **Plaintiff,**

**v.**

**CAROLYN W. COLVIN,**
**COMMISSIONER OF**
**SOCIAL SECURITY,**

      **Defendant.**

**JUDGMENT IN A CIVIL CASE**

**CASE NO. C2-11-1139**
**JUDGE EDMUND A. SARGUS, JR.**
**MAGISTRATE JUDGE NORAH MCCANN KING**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the OPINION AND ORDER filed February 28, 2013, JUDGMENT is hereby entered pursuant to Sentence 4 of 42 U.S.C. § 405(g). This case is REMANDED to the Commissioner of Social Security for further proceedings.**

Date: February 28, 2013

JOHN P. HEHMAN, CLERK

*/S/ Andy F. Quisumbing*
(By) Andy F. Quisumbing
Courtroom Deputy Clerk