UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**MONTROSE P. FORD,**

    **Plaintiff,**

v.

    Case No. 2:11-CV-01139
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Norah McCann King

**COMMISSIONER OF SOCIAL SECURITY,**

    **Defendant.**

### ORDER

On May 30, 2013, the Magistrate Judge issued a Report and Recommendation, pursuant to the parties' Joint Stipulation, recommending that plaintiff be awarded fees, costs, and expenses, under the equal Access to Justice Act, in the amount of $5,000.00. (ECF No. 20.) The Report and Recommendation advised the parties that failure to object within fourteen days would result in waiver of review. The time period for objections has run and no party has objected to the Report and Recommendation. Accordingly, the Report and Recommendation is **ADOPTED**. Plaintiff is hereby **AWARDED** fees, costs, and expenses, under the Equal justice Act, in the total amount of $5,000.00. The Clerk is **DIRECTED** to remove Plaintiff's Motion for Award of Attorney Fees and Costs (ECF No. 18) from the active motion list.

    **IT IS SO ORDERED.**

6-24-2013
DATE

EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE