UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MONTROSE P. FORD,

    Plaintiff,

v.

    Case No. 2:11-cv-1139
    JUDGE EDMUND A. SARGUS, JR.
    Magistrate Judge Norah McCann King

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on October 31, 2014. (ECF No. 27.) The time for filing objections has passed, and no objections to the Report and Recommendation have been filed. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, Plaintiff is hereby **AWARDED** attorney's fees under 42 U.S.C. § 406(b), in the total amount of $11,332.35, or twenty-five percent (25%) of the past due benefits, whichever is less. Also for the reasons set forth in the Report and Recommendation, Plaintiff's counsel is **DIRECTED** to refund to plaintiff his previous award of $5,000 in attorney's fees under the Equal Access to Justice Act, and, upon doing so, make a formal representation of such on the record. The Clerk is **DIRECTED** to remove Plaintiff's Motion for Award of Attorney Fees (ECF No. 22) from the active motion list.

IT IS SO ORDERED.

_____12-2-2014_____  
DATE

_____  
EDMUND A. SARGUS, JR.  
UNITED STATES DISTRICT JUDGE